# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-4090

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Doris McKinney, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: August 13, 2003
Filed: August 22, 2003

_____

Before BYE, BOWMAN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Doris McKinney appeals her conviction and sentence. A jury found McKinney guilty of executing a scheme to defraud a financial institution. See 18 U.S.C. § 1344 (2000). The District Court[1] sentenced McKinney to one month of imprisonment and five years of supervised release, with the condition that she participate in a home-confinement program for five months. On appeal, McKinney's counsel has moved

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

to withdraw and filed a brief under <u>Anders v. California</u>, 386 U.S. 738, 744 (1967), arguing that the District Court erred in denying her motion for a downward departure.

The District Court's discretionary decision not to grant the downward departure is unreviewable absent an unconstitutional motive. <u>See</u> <u>United States v. VanHouten</u>, 307 F.3d 693, 696 (8th Cir. 2002). Following careful review of the record, we find no other nonfrivolous issues. <u>See</u> <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988). Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.